**RAMADA HOTEL OPERATING COMPANY, Appellant– Defendant,**

v.

**Robert SHAFFER, Appellee–Plaintiff.**

No. 29A02–9007–CV–412.

Court of Appeals of Indiana, First District.

Oct. 29, 1991.

---

Jon D. Krahulik, Robert G. Weddle, Robert W. Strohmeyer, Jr., Nana Quay–Smith, Bingham Summers Welsh & Spilman, Indianapolis, for appellant-defendant.

William L. Barr, Jr., Bell, Boyd & Lloyd, Chicago, Ill., Kevin P. Farrell, Townsend, Yosha & Cline, Indianapolis, for appellee-plaintiff.

## OPINION ON REHEARING

ROBERTSON, Judge.

The new trial is limited to the amount of punitive damages only and not to the question of whether punitive damages are available. *Miller Brewing Company v. Best Beers of Bloomington, Inc.* (1991), Ind. App., 579 N.E.2d 626.

RATLIFF, C.J., and CHEZEM, J., concur.